UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No. 2:18-cv-2972-EFB P |
| Plaintiff, | |
| v. | ORDER |
| MARIANNE MATHERLY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. He has filed a document entitled "The Record Absolutely Proves that the Judgment is VOID on its Face." ECF No. 1. However, he has neither filed an in forma pauperis application nor paid the required filing fee for a habeas action ($5.00) or a civil action ($400.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Plaintiff will be provided the opportunity to either submit an in forma pauperis application or the appropriate filing fee.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: November 27, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE